IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON WILSON,<br><br>    Defendant and Judgment Debtor. | Case No. 1:20-mc-00121-SKO<br><br>**ORDER TERMINATING<br>WRIT OF GARNISHMENT**<br><br>(Doc. 9)<br><br>Criminal Case No. 1:14-CR-00187-DAD-BAM |
| FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC,<br>(and its Successors and Assignees)<br><br>    Garnishee. | |

On February 5, 2021, the United States filed a "Request for an Order Terminating Writ of Garnishment" (the "Request"), requesting that the Court terminate the Writ of Garnishment (Doc. 5) issued on December 8, 2020. (Doc. 9.)

Having reviewed the file and the United States' Request, and for good cause shown, the Court hereby GRANTS the Request. Accordingly, it is ORDERED that:

1.      Pursuant to 28 U.S.C. § 3205(c)(10)(A), the Writ of Garnishment previously issued against defendant/judgment debtor, Jason Wilson, on December 8, 2020, is hereby TERMINATED; and

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated:     **February 8, 2021**                         /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE